UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


SHAHRZAD MOSHIRI,                    )
                    Plaintiff         )
                                      )
                                      )
            v.                        )        Civil Action No. 05-30056-KPN
                                      )
                                      )
UNITED STATES OF AMERICA,             )
                    Defendant         )


<u>ORDER OF RECUSAL</u>


        Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself in all proceedings

relative to the above captioned matter.



DATE: March 1, 2005


                            __/s/ Kenneth P. Neiman___
                            KENNETH P. NEIMAN
                            U.S. Magistrate Judge