UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAHRZAD MOSHIRI, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 05CV30056-MAP |
| UNITED STATES POST OFFICE, | ) |
| Defendant. | ) |

## MOTION TO DISMISS

The United States Post Office, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to dismiss the plaintiff's complaint for a lack of subject matter jurisdiction.  A memorandum of law accompanies this motion.

In accordance with Local Rule 7.1, the undersigned certifies that she conferred with the pro se plaintiff but was unable to resolve the issues raised in this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____

KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street, Room 310
Springfield, MA 01103-1422
(413) 785-0269

DATED:  March 16, 2005

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to: Shahrzad Moshiri, 7 Swallow Farms Road, Amherst, MA 01002

_____
Karen L. Goodwin

## CONCLUSION

Based upon the foregoing, the defendant respectfully requests that this action be dismissed with prejudice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street, Room 310
Springfield, MA 01103-1422
(413) 785-0269

DATED:   March 16, 2005

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to:

Shahrzad Moshiri
7 Swallow Farms Road
Amherst, MA 01002

Karen L. Goodwin

5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAHRZAD MOSHIRI,                  )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    Case Number: 05CV30056-MAP
                                   )
UNITED STATES POST OFFICE,         )
                                   )
          Defendant.               )

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

### INTRODUCTION

The plaintiff seeks damages as a result of lost package sent to Germany through the United States Postal Service.  The plaintiff's claim should be dismissed because:

(1)   she failed to file an administrative claim under the Federal Tort Claims Act ("FTCA");

(2)   claims for lost mail are not actionable under the FTCA;

(3)   any claim relating to the lost package must be pursued through the United States Postal Service International Claims and Inquiries Office.

### BACKGROUND

The plaintiff filed a small claims court complaint against the Amherst, Massachusetts, Post Office seeking damages resulting from lost mail, specifically three shirts and a gold and diamond bracelet.  The plaintiff sent the parcel to Munich, Germany, through Global Express Mail ("Global Express").  The parcel did not arrive at its intended destination.  Ex. 1.

Global Express provides international mail delivery services for the United States Postal Service. Ex. 2, International Mail Manual ("IMM"), p. 64.[1]    Claims for lost shipments are to be made through the United States Postal Service International Claims and Inquiries Office. Ex. 2, p. 263.

## ARGUMENT

### PLAINTIFF'S TORT CLAIM IS BARRED BY SOVEREIGN IMMUNITY

A.    **The Plaintiff Has Failed to Exhaust Administrative Remedies Pursuant to the Federal Tort Claims Act.**

The plaintiff's claim must be dismissed because she failed to satisfy the jurisdictional prerequisite of filing an administrative claim. The FTCA is a limited waiver of sovereign immunity and its provisions must be strictly construed. Dynamic Image Tech v. United States, 221 F.3d, 34, 39 (1st Cir. 2000). Before the United States may be sued under the FTCA, the plaintiff must file an administrative claim with the relevant agency. 28 U.S.C. § 2675. Gonzalez v. United States, 284 F.3d 281, 286 (1st Cir. 2002) (compliance with this requirement is a jurisdictional prerequisite to suit that cannot be waived.)

The plaintiff has not filed an administrative claim. Exhibit 3. Therefore, her complaint must be dismissed. Eveland v. Director of Central Intelligence, 843 F.2d 46, 50 (1st Cir.

---

[1] Exhibit 2 consists of the relevant portions of the United States Postal Service International Mail Manual.

2

1980) (failure to follow the claims procedure deprives the Court of jurisdiction over tort claims against the United States.

B.   **The United States Cannot be Held Liable for Claims for Negligent Transmission of Mail**

Even if the plaintiff had filed the requisite administrative claim, her complaint should be dismissed because the United States has not waived sovereign immunity for claims arising out of lost mail. By enacting the FTCA, Congress provided a waiver of sovereign immunity in certain cases; however, Congress specifically retained sovereign immunity with respect to claims "arising out of the loss, miscarriage, or negligent transmission of letters or postal matter." 28 U.S.C. § 2680(b); Allied Coin Investment, Inc. v. United States Postal Service, 673 F. Supp. 982, 984 (D. Minn. 1987).[2]

The plaintiff's claim for damages as the result of lost mail falls squarely within the exception to the waiver of sovereign immunity embodied in the FTCA for claims relating to the loss, misdelivery, or negligent transmission of mail matter. See 28

---

[2]The operation of the exception to the waiver of sovereign immunity embodied in 28 U.S.C. § 2680(b) is in no way precluded by the "sue and be sued" clause of 39 U.S.C. § 401(1). The FTCA plainly provides that:

> The authority of any federal agency to sue and be sued in its own name shall not be construed to authorize suits against such federal agency on claims which are cognizable under section1346(b) . . . .

28 U.S.C. § 2679(a); See Dauric Marine Corp. v. U.S. Postal Service, 238 F.3d 58, 61-62 (1st Cir. 2001)

U.S.C. § 2680(b).  Therefore, the complaint must be dismissed.
See Insurance Co. of North America v. United States Postal
Service, 524 F. Supp. 349 (W.D. La. 1981), aff'd 675 F.2d 756
(5th Cir. 1982).

      C.  **An Indemnity Claim Can Only Be Pursued Through The
United States Postal Service International Claims and
Inquiries Office**

     The United States is liable for lost mail "only to the
extent to which it has consented to be liable, and the extent of
its liability is defined by the postal laws and regulations."
Marine Insurance Co. v. United States, 410 F.2d 764, 766 (Ct. Cl.
1969); Djordjevic v. United States, 957 F.Supp. 31, 33 (E.D. N.Y.
1997).  The IMM regulates international mail sent through the
United States Postal Service.  See 39 C.F.R. Part 20.  "Indemnity
claims relating to international insured or registered mail are
adjudicated by the International Claims and Inquiries Office.
IMM p. 261.  Moreover, since the IMM prohibits the mailing of
gold and jewelry, IMM p. 64, no indemnity is available to the
plaintiff, IMM p. 266.  See also Djordjevic, 957 F. Supp. at 34
("[b]ecause the contents are prohibited, no indemnity is
available").

4

EXHIBIT 1

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only. | DOCKET NO. 0498SC1094 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

| ☐ BOSTON MUNICIPAL COURT | ☐ DISTRICT COURT | ☐ HOUSING COURT |
|---|---|---|

**PART 2**

PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE

Shahrzad Moshiri
7 Swallow Farms Rd
Amherst MA 01002

PHONE NO: 413-253-6313

PLAINTIFF'S ATTORNEY (if any)
Name: _____
Address: _____
PHONE NO: _____

**PART 3**

DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE

United States Post Office
Amherst Branch
145 University Dr. Amherst MA

PHONE NO: 413-549-0523

ADDITIONAL DEFENDANT (if any)
Name: _____
Address: _____
PHONE NO: _____

0132G000012/28/04 STATE CLAIM   30.
0132G000012/28/04 SURCHARGE   10.

**PART 4**

PLAINTIFF'S CLAIM. The defendant owes $ 1000 plus $ _____ court costs for the following reasons. Give the date of the event that is the basis of your claim.

I mailed (Global Express mail insured) June 24, 2004 to Munich, Germany. The package was never delivered to the address and the business indicated. The post office says they use outside contractor in Germany (Global Logistic) and they delivered the package to another business with Middle Eastern name. I have talked to postmaster in Amherst - Louise DeLude - They say they have tried but cannot do anything about it. - A copy of complaint was filed w/ post office on 8/10/14.

SIGNATURE OF PLAINTIFF x  Shahrzad Moshiri        DATE 12/20/04

**PART 5**

MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☑ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**

MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:

☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF  Shahrzad Moshiri        12/20/04
DATE

**NOTICE OF TRIAL**

NOTICE TO DEFENDANT:

You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE
Nancy Dusek-Gomez

CLERK-MAGISTRATE OR DESIGNEE
William P. Nagle, Jr.

NAME AND ADDRESS OF COURT
EASTERN HAMPSHIRE
DISTRICT COURT
116 RUSSELL STREET
Hadley, MA 01035

DATE AND TIME OF TRIAL
MAR 28, 2005    AT    9:00 AM
DATE                    TIME

ROOM NO. #2

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

COURT USE ONLY

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (01/02)    ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO | Trial Court of Massachusetts Small Claims Session |

**STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL**

☐ BOSTON MUNICIPAL COURT

☐ DISTRICT COURT — Division

☐ HOUSING COURT — Division

**Trial Court of Massachusetts Small Claims Session**

**PART 2**

PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE

Shahrzad Moshir,
7 Swallow Farms Rd
Amherst, MA 01002

PHONE NO: 413 - 253 - 6313

PLAINTIFF'S ATTORNEY (if any)

Name: _____

Address: _____

PHONE NO:

**PART 3**

DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE

United States Post Office
Amherst Branch
145
University Drive

PHONE NO: 413 - 549 - 0523

ADDITIONAL DEFENDANT (if any)

Name: _____

Address: _____

PHONE NO:

BBO NO:

**PART 4**

PLAINTIFF'S CLAIM. The defendant owes $ 1000.00 plus $ _____ court costs for the following reasons.
Give the date of the event that is the basis of your claim.

I mailed a package containing 3 tailored men's shirt and a Gold & Platinum (with some diamond work) bracelet to my Uncles' store (Aria Trade) in Munich, Germany. I ensured the package (I closed the package in front of the clerk) for $600.00 (actual value is around 1000.00) on June 24, 2004. According to the clerk that was the fastest way to send the package. It was important to get it to Germany on time (to send the bracelet back with my sister). The package was never delivered to Aria Trade. I had put instruction, detail address and tel. #

SIGNATURE OF PLAINTIFF X Shahrzad Moshir    DATE 8/10/04

**PART 5**

MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.

☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**

MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:

☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X _____
SIGNATURE OF PLAINTIFF    DATE

**NOTICE OF TRIAL**

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT

DATE AND TIME OF TRIAL

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

COURT USE ONLY

A1

description and estimated cost of reconstruction. A separate customs declaration is not used. Sign and date the mailer agreement.

d.  *Global Express Guaranteed Non-Document Service Shipment Preparation:* Complete the Shipment Details to show the contents in detail including description, valuation, and country of manufacture. Non-Document service shipments cannot have a value that exceeds $2,499. A separate customs declaration is not used. Sign and date the mailer agreement.

### 218.2  Preparation by Acceptance Employee

a.  Check that the sender has properly completed the Global Express Guaranteed Air Waybill/Shipping Invoice.

b.  Complete the postage transaction if the item is not prepaid.

c.  Complete the "Origin" information.

d.  Remove the customer's copy of the Global Express Guaranteed Air Waybill/Shipping Invoice and give it to the customer. Process the Global Express Guaranteed Air Waybill/Shipping Invoice according to directions on the shipping document.

### 218.3  Customs Forms Not Required

The Global Express Guaranteed Air Waybill/Shipping Invoice contains space for the sender to declare the contents. A separate postal customs declaration is not used.

# 220  Global Express Mail

## 221  Description

### 221.1  General

Global Express Mail™ (EMS®) is a reliable high-speed mail service available to certain countries (see Individual Country Listings for service availability). There is no service guarantee for Global Express Mail. Global Express Mail is available at designated Postal Service facilities authorized to accept domestic Express Mail.

### 221.2  Allowable Contents

Any item not prohibited in international mail is allowed in EMS. Refer to the "Country Conditions for Mailing" in the Individual Country Listings for individual country prohibitions. International postal money orders are admissible in EMS. However, they are only negotiable if the proper form is used. The following items are prohibited in all EMS shipments:  coins; banknotes; currency notes (paper money); securities of any kind payable to bearer; traveler's checks; platinum, gold, and silver (manufactured or not); precious stones; jewelry; and other valuable articles.

221.3 **Insurance and Indemnity**

Global Express Mail items are insured against loss, damage, or rifling at no additional cost. Indemnity will be paid by the U.S. Postal Service as provided in DMM S010 and S500. However, Global Express Mail items are *not* insured against delay in delivery. Neither indemnity payments nor postage refunds will be made in the event of delay.

221.31 **EMS Merchandise Insurance**

Global Express Mail merchandise insurance coverage against loss, damage, or rifling is provided up to $100 at no additional charge. Additional insurance coverage above $100 may be purchased at the sender's option. The fee for optional Global Express Mail merchandise insurance coverage is $1.00 for each $100 or fraction thereof, up to a maximum of $5,000 per shipment. See the Individual Country Listings for the applicable Global Express Mail insurance fees.

221.32 **Purchase of Additional Insurance**

When a mailer wants to insure an EMS merchandise shipment in an amount more than $100, the insurance fee is entered in the block marked "Insurance" on the mailing label. Coverage is limited to the actual value of the contents, regardless of the fee paid, or the highest insurance value increment for which the fee is fully paid, whichever is lower. See DMM S500.

221.33 **Document Reconstruction Insurance**

Nonnegotiable EMS documents are insured against loss, damage, or rifling at no additional cost to the mailer. Document reconstruction insurance coverage is limited to a maximum of $100 per shipment. Additional coverage beyond the $100 indemnity limit is not available. See DMM S010 and S500.

***Note:*** EMS indemnity payments are subject to the provisions of DMM S010, DMM S500, and IMM 935. Neither indemnity payments nor postage refunds are payable for delayed delivery.

221.4 **Return Receipt Service**

Return Receipt service is available for Global Express Mail items *only* to the following countries at no additional charge (see 340 for preparation procedures):

| | |
|---|---|
| Argentina | Pakistan |
| Australia | Qatar |
| Bahrain | Singapore |
| Guinea-Bissau | |
| Hong Kong | South Africa |
| Korea, Republic of (South) | Taiwan |
| Kuwait | Tunisia |

222

### 222 Postage

#### 222.1 Rates

#### 222.11 Country Rates

See the Individual Country Listings for countries that offer Global Express Mail.

#### 222.12 Global Express Mail Corporate Account Rates

Global Express Mail (EMS) rates will be reduced by 5 percent for all payments made through an Express Mail corporate account (EMCA) or through the federal agency payment system. The discount applies only to the postage portion of EMS rates. It does not apply to the pickup service charge, additional merchandise insurance coverage fees, or shipments made under an International Customized Mail agreement.

#### 222.13 Online Rates — General

Discounted rates apply to Global Express Mail (EMS) customers who prepare and pay for Global Express Mail shipments online using the shipping site at www.usps.com.

#### 222.131 Eligibility for Online Discounts

To be eligible for discounts for purchasing Global Express Mail online, customers must register via the shipping site at www.usps.com. Registration is accomplished by selecting the designated icon on the Web site and following the accompanying instructions. This one-time registration will establish a shipping record and a customer history. To be eligible for online discounts, customers must prepare their shipping labels and pay for their shipments online using a credit card. The following credit cards are accepted for payment online:  American Express, Diner's Club, Discover, MasterCard, and Visa.

#### 222.132 Online Discounts

Global Express Mail published rates will be reduced by 5 percent for all payments made through the shipping site at www.usps.com. The discount applies only to the postage portion of Global Express Mail rates. It does not apply to the pickup service charge, additional merchandise insurance coverage fees, or shipments made under an International Customized Mail agreement.

#### 222.2 Payment of Postage

#### 222.21 Methods of Payment

Global Express Mail items may be paid by postage stamps, postage validation imprinter (PVI) labels, postage meter stamps, information-based indicia (IBI), or through the use of an Express Mail corporate account.

    d.   Send PS Form 2855 to the post office of mailing in Canada. Canada will indemnify the sender (or addressee as appropriate) if loss is established.

    e.   If a reply is received from Canada, notify the customer accordingly.

**928.343 Damage or Rifling of Outbound Insured Parcels**

    a.   Complete PS Form 2855, Sections I, II, and III. If the article was damaged on return to sender, also complete Sections IV and V. Attach evidence of value or repair.

    b.   No fee is collected.

    c.   Send PS Form 2855 to the ICIO in New York.

    d.   See 926 for disposition of damaged parcels.

**928.344 Damage or Rifling of Inbound Insured Parcels**

    a.   Complete PS Form 2855, Sections I, III, IV, and V.

    b.   No fee is collected.

    c.   Send PS Form 2855 to the post office of mailing in Canada. Include the wrapping and packing of the parcel, if available. Canada will indemnify the sender (or addressee), if warranted.

    d.   See 926 for disposition of damaged mail.

**928.35 Recorded Delivery Service**

For inquiries related to the loss, total damage, or rifling of letter-post and matter for the blind items for which the recorded delivery fee has been paid:

    a.   Complete PS Form 542.

    b.   No fee is collected.

    c.   Send PS Form 542 to the appropriate international claims and inquiry office shown in Exhibit 931.21.

**928.36 Claims and Inquiries Received From Canada**

When an inquiry is received from the Canada Post Corporation (CPC), investigate the matter promptly, endorse the Canadian inquiry with the results of your investigation, and return it to the Canadian office from which it was received. If, however, the inquiry concerns loss, damage, or rifling of insured parcels mailed to Canada, complete PS Form 2855, Sections I, II, and III, and send it with the Canadian form to the ICIO in New York.

# 930   Indemnity Payments

## 931   Adjudication and Approval

### 931.1   When to Be Instituted

Most claims for indemnity must be instituted only on instructions from the postmasters at the appropriate international claims and inquiries offices

Contents    Country Index

shown in 931.21. However, claims under 928.252, 928.262, and 924.2 are initiated without instructions from postmasters.

## 931.2 International Claims and Inquiries

### 931.21 Indemnity Claims for International Insured or Registered Mail

Indemnity claims relating to international insured or registered mail are adjudicated by the international claims and inquiries office responsible for the country involved (see Exhibit 931.21).

Exhibit 931.21
**International Claims and Inquiries**

**A. Send Forms to:**    POSTMASTER
INTERNATIONAL CLAIMS AND INQUIRIES OFFICE
JAMES A FARLEY BLDG
421 8TH AVE RM 2029A
NEW YORK NY 10199-9543

**Country Involved**

| | | | |
|---|---|---|---|
| Afghanistan | Denmark | Latvia | St. Pierre and Miquelon |
| Albania | Djibouti | Lebanon | San Marino |
| Algeria | Egypt | Lesotho | Sao Tome and Principe |
| Andorra | Equatorial Guinea | Liberia | Saudi Arabia |
| Angola | Eritrea | Libya | Senegal |
| Armenia | Estonia | Liechtenstein | Serbia-Montenegro (Yugoslavia) |
| Ascension | Ethiopia | Lithuania | Seychelles |
| Austria | Faroe Islands | Luxembourg | Sierra Leone |
| Azerbaijan | Finland | Macedonia, Republic of | Slovak Republic (Slovakia) |
| Azores | France (includes Monaco) | Madagascar | Slovenia |
| Bahrain | Gabon | Madeira Islands | Somalia |
| Bangladesh | Gambia | Malawi | South Africa |
| Belarus | Georgia, Republic of | Mali | Spain |
| Belgium | Germany | Malta | Sudan |
| Benin | Ghana | Mauritania | Swaziland |
| Bermuda | Gibraltar | Mauritius | Sweden |
| Bosnia-Herzegovina | Great Britain and Northern | Moldova | Switzerland |
| Botswana | Ireland | Morocco | Syria |
| Bulgaria | Greece | Mozambique | Tajikistan |
| Burkina Faso | Greenland | Namibia | Tanzania |
| Burundi | Guinea | Netherlands | Togo |
| Cameroon | Guinea-Bissau | Niger | Tristan de Cunha |
| Canada | Hungary | Nigeria | Tunisia |
| Cape Verde | Iceland | Norway | Turkey |
| Central African Republic | Iran | Oman | Turkmenistan |
| Chad | Iraq | Pakistan | Uganda |
| Comoros | Ireland (Eire) | Poland | Ukraine |
| Congo, Democratic Rep. of the | Israel | Portugal | United Arab Emirates |
| Congo, Rep. of the (Brazzaville) | Italy | Qatar | Uzbekistan |
| Corsica | Jordan | Reunion | Vatican City State |
| Cote d'Ivoire (Ivory Coast) | Kazakhstan | Romania | Yemen |
| Croatia | Kenya | Russia | Zambia |
| Cyprus | Kuwait | Rwanda | Zimbabwe |
| Czech Republic | Kyrgyzstan | St. Helena | |

**B. Send Forms to:**    POSTMASTER
INTERNATIONAL CLAIMS AND INQUIRIES OFFICE
701 LOYOLA AVE
NEW ORLEANS LA 70113-9503

**Country Involved**

| | | | |
|---|---|---|---|
| Anguilla | Colombia | Guatemala | Paraguay |
| Antigua and Barbuda | Costa Rica | Guyana | Peru |
| Argentina | Cuba | Haiti | St. Christopher (St. Kitts) |
| Aruba | Dominica | Honduras | and Nevis |
| Bahamas | Dominican Republic | Jamaica | St. Lucia |
| Barbados | Ecuador | Martinique | St. Vincent and the Grenadines |
| Belize | El Salvador | Mexico | Suriname |
| Bolivia | Falkland Islands | Montserrat | Trinidad and Tobago |
| Brazil | French Guiana | Netherlands Antilles | Turks and Caicos Islands |
| British Virgin Is. | Grenada | Nicaragua | Uruguay |
| Cayman Islands | Guadeloupe | Panama | Venezuela |
| Chile | | | |

**C. Send Forms to:**    POSTMASTER
INTERNATIONAL CLAIMS AND INQUIRIES OFFICE
PO BOX 7837
SAN FRANCISCO CA 94120-7837

**Country Involved**

| | | | |
|---|---|---|---|
| Australia | Indonesia | Mongolia | Sri Lanka |
| Bhutan | Japan | Nauru | Taiwan |
| Brunei Darussalam | Kiribati | Nepal | Thailand |
| Burma | Korea, Rep. (South Korea) | New Caledonia | Tonga |
| Cambodia | Korea, Dem. People's Rep. (North | New Zealand | Tuvalu |
| China | Korea) | Papua New Guinea | Vanuatu |
| Fiji Islands | Laos | Philippines | Vietnam |
| French Polynesia | Macao | Pitcairn Island | Wallis and Futuna Islands |
| Hong Kong | Malaysia | Singapore | Western Samoa |
| India | Maldives, | Solomon Islands | |

Inquiries, Indemnities, and Refunds

931.22 **Indemnity Claims for Global Express Mail Items**

Indemnity claims that relate to Global Express Mail items are adjudicated by the International Claims and Inquiries Office located at the JAF Building, Room 2029-A, New York, NY  10199-9543.

931.23 **Country of Origin Pays Indemnity**

The indemnity is paid by the country of origin. Payments to U.S. senders will be made by the U.S. Postal Service.

932 ## General Exceptions to Payment — Registered Letter-Post Mail and Insured Parcel Post

Indemnity may not be paid:

a.    In excess of the limit prescribed for the insurance or registry fee paid or greater than that corresponding to the actual amount of loss (except registered mail), rifling, or damage. Allowance must be made for depreciation or for needed repairs, and in the absence of purchase receipts or invoices, the contents must be described in sufficient detail.

b.    When an item cannot be accounted for due to the destruction of service records by *force majeure*.

c.    When the contents are prohibited.

d.    For an item seized by customs or any other government agency.

e.    When no inquiry or application has been made by the claimant or a representative within 6 months, commencing with the day following the mailing of the item. In the case of insured mail with Canada, however, the time limit may be waived when it is satisfactorily established that the delay was unavoidable and not the fault of the claimant.

f.    For damage that results from the characteristics of the contents — that is, its inability, due to its nature, to withstand the ordinary incidents of the contemplated carriage.

g.    When full compensation or reimbursement has otherwise been made by the U.S. Postal Service or by any outside firm or corporation whatsoever except on a pro rata basis as coinsurer.

h.    For sentimental values arising from association. Also, in the absence of a complete description, the claimant must satisfactorily establish the ordinary market value at the time of mailing, particularly in the case of heirlooms or antiques.

i.    For an amount in excess of the maximum prescribed for the insurance or registry fee paid, unless responsibility rests with the United States and it is shown to the satisfaction of the Postmaster General that the sender was charged a fee less than that required to cover the amount of indemnity desired, through error on the part of the U.S. Postal Service. On such a showing, the deficiency in fee may be collected from the sender and postal indemnity paid, within the limit fixed for the higher fee.

*Exception:* Indemnity may be paid up to $40.45 for the contents of a registered item that is damaged or rifled if mailed in the United States.

933    **Payments for Insured Parcel Post**

933.1    **General Provisions**

933.11    **Paid for Actual Value**

Indemnity may be paid for loss, rifling, or damage, based on actual value.

933.12    **Indemnity May Not Be Paid**

In addition to the general exceptions to payment described in 932, indemnity may not be paid:

a.  When other countries report delivery of parcels without external trace of rifling or damage and acceptance by the addressee or an agent without reservation concerning the condition of the contents, and when delivery was made under conditions prescribed by the domestic regulations of the country of destination for mail of the same kind or on presentation of a regular postal identity card.

b.  When loss, rifling, or damage has been caused by the fault or negligence of the sender or the addressee or the representative of either, such as failure to endorse the parcel conspicuously to show the nature of the contents or to provide adequate packing for the length of the journey and for the protection of the contents.

c.  When the claimant, with intent to defraud, has declared the contents of a parcel to be above their real value.

d.  For parcels that:

    (1)  Contain matter of no intrinsic value.

    (2)  Contain matter that did not conform to applicable postal conventions.

    (3)  Were not posted in the manner prescribed. However, in the event of loss, rifling, or damage of mail erroneously accepted for insurance to other countries, limited indemnity may specially be paid as if it had been addressed to a domestic destination — that is, on the basis of the indemnity limits for domestic insured mail. If postage was erroneously collected at other than parcel post rates, but the parcel was otherwise properly accepted for insurance, indemnity may specially be paid pursuant to the general provisions of this section and the special provisions of 933.2.

e.  For indirect loss or loss of profits.

f.  For an amount in excess of the maximum prescribed for the insurance fee paid, unless full or partial responsibility rests with the other country and the sender requested full coverage at the time of mailing, but a deficient and unauthorized insurance fee was collected. In such case, the sender must be paid for full value, less the amount of the deficient fee, but not exceeding the limit fixed for the appropriate insurance fee.

g.  When evidence of insurance coverage has not been presented.

Inquiries, Indemnities, and Refunds

933.2    **Special Provisions**

933.21    **Parcels Forwarded or Returned to a Third Country**

The sender may be paid only such indemnity for loss, rifling, or damage occurring after redispatch by the original country of address to a third country, if the country in which the mistreatment occurred is willing or obliged to pay under any agreement between the countries involved.

933.22    **Items Prohibited Insurance to Canada**

Indemnity may be specially paid, based on actual value, for loss, rifling, or damage of insured parcels addressed to Canada containing items prohibited insurance. (See the entry for "Insurance" in the Individual Country Listing for Canada.)

934    # Payments for Registered Mail

934.1    ## General Provisions

934.11    **Indemnity Paid by Country of Origin**

Indemnity is paid by the country of origin of the registered item and is made in accordance with 934.2.

934.12    **Parcels Erroneously Accepted**

If parcels are erroneously accepted as registered mail, limited indemnity may be specially paid under the conditions in 934.2.

934.13    **Indemnity May Not Be Paid**

In addition to the general exceptions to payment described in 932, indemnity may not be paid:

a.    To anyone in the United States, other than the sender, for loss, rifling, or damage of a registered item, except on consent of both the sender and the country of origin.

b.    In excess of the limits prescribed in 934.2 for domestic registered letters bearing foreign return addresses that are forwarded pursuant to 762.2b.

934.2    **Special Provisions**

934.21    **All Countries (Except Canada)**

Irrespective of the declared value of a registered item, the maximum amount of indemnity that is payable for loss, damage, or rifling is $43.93. See 934.22 for the indemnity provisions that apply to registered items mailed to Canada.

934.22    **Canada**

Indemnity may be paid not to exceed $1,000, for the loss, damage, or rifling of registered mail to Canada with the exception of banknotes (refers to cash), for which indemnity may not be paid in excess of $200. Payment is based on

the actual value of the contents and cannot exceed the maximum amount covered by the fee paid.

## 935 Payments for Global Express Mail

### 935.1 When Authorized

Global Express Mail (EMS) shipments are covered by document reconstruction and merchandise insurance in case of loss, damage, or rifling. Indemnity will be paid by the Postal Service as specified in DMM S010 and S500 and IMM 221.3 and 935.2.

### 935.2 When Prohibited

Indemnity for Global Express Mail items will not be paid:

a.    For delay in delivery.

b.    When the contents are prohibited.

c.    For any items seized by customs or any other government agency.

d.    When no inquiry or claim has been made by the mailer within 90 days from the date of mailing.

e.    For damage that results from the quality of the contents; that is, inability, due to its nature, to withstand the ordinary incidents of international Express Mail carriage. See DMM S010.2.14 (i)(m)(t).

f.    When delivery was made under conditions prescribed for international Express Mail items by the country of destination.

g.    When evidence of mailing has not been presented.

h.    For any reason specified in DMM S010.2.13, S010.2.14, and S010.2.15.

# 940 Postage Refunds

## 941 Postage Refunds for Letter-Post and Parcel Post

### 941.1 General

A refund may be made when postage, special service fees, or other charges have been paid on letter-post and parcel post items:

a.    For which full service was not rendered.

b.    Which were paid in excess of the proper rate.

### 941.2 Applications by Senders

Senders requesting postage refunds should submit to the postmaster at the office at which the items were mailed:

a.    An application on PS Form 3533, *Application and Voucher for Refund of Postage and Fees,* in duplicate.

Inquiries, Indemnities, and Refunds

b.  When available, the envelope or wrapper, or the portion thereof having names and addresses of sender and addressee, canceled postage, and postal markings.

c.  Any other evidence of payment of the amount of postage, fees, or charges for which refund is desired.

### 941.3  Processing Refund Applications

### 941.31  Items Originating in United States

When the refund request relates to mail originating in the United States and there is no reason to believe that the other country is at fault, process the application as prescribed in DMM P014.2.0.

### 941.32  Items Originating in a Country Other Than the United States

When there is reason to believe that the other country is at fault, or when the request relates to mail originating in another country, forward the application with the wrapper and all supporting papers to the appropriate international claims and inquiries office (see 931.21).

## 942  Postage Refunds for Global Express Mail Items

### 942.1  Who May File

U.S. senders of EMS items must complete the inquiry process (see 922) before filing for a postage refund. An inquiry **must** be initiated within 90 days of the date of mailing by calling 1-800-222-1811.

### 942.2  Conditions

The Postal Service will refund postage of EMS items only when:

a.  The inquiry process has confirmed that total loss, damage, or rifling of an EMS item has occurred.

b.  The customer has initiated an inquiry within the requisite 90-day filing period.

c.  The Expedited Service Specialist has received verification from the Product Tracking System (PTS) or the EMS Inquiry Center that loss, rifling, or damage has occurred.

d.  Postage refunds for EMS items are *not* made for delayed delivery.

### 942.3  Application

Mailers requesting postage refunds must submit to the postmaster at the office at which the item was mailed:

a.  An application on PS Form 3533 in duplicate.

b.  The mailer's receipt (original copy of the mailing label) showing evidence of the amount of postage for which refund is desired.

942.4 **Processing of Refund**

EMS postage refund requests are processed in accordance with DMM P014.5.0. Under its provisions the mailer must complete Part I of PS Form 3533, *Application and Voucher for Refund of Postage and Fees,* in duplicate, and submit it, along with the original customer copy of the mailing label (i.e., PS Label 11 B Express Mail) to any Post Office facility.

942.5 **Unallowable Refunds**

Postage refunds will *not* be made for the following:

a.   Delayed Global Express Mail (EMS) items.

b.   In cases where the item contained any prohibited matter.

c.   When the item has been seized or confiscated by customs or any other government agency of the destination country.

943 **Applications by Senders**

Senders requesting refunds should submit to the postmaster:

a.   An application on PS Form 3533 in duplicate.

b.   The envelope or wrapper, or the portion thereof having names and addresses of sender and addressee, canceled postage, and postal markings.

c.   Any other evidence of payment of the amount of postage, fees, or charges for which refund is desired.

944 **Processing Refund Applications**

944.1 **Items Originating in United States**

When the refund request relates to mail originating in the United States and there is no reason to believe that the other country is at fault, process the application as prescribed in DMM P014.2.0.

944.2 **Items Originating in a Country Other Than the United States**

When there is reason to believe the other country is at fault, or when the request relates to mail originating in another country, forward the application with the wrapper and all supporting papers to the appropriate international claims and inquiries office (see 931.21).

EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAHRZAD MOSHIRI,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )     Case Number: 05CV30056-MAP
                                     )
UNITED STATES POST OFFICE,           )
                                     )
          Defendant.                 )

## DECLARATION OF CATHERINE A. CHAPMAN

Catherine A. Chapman, for her declaration pursuant to 28 U.S.C. § 1746, declares:

1.     I am a Paralegal Specialist for the United States Postal Service in the Law Department, Northeast Area Law Office, Windsor, Connecticut.

2.     As a Paralegal Specialist, I am responsible for the receipt of investigative reports and adjudication of claims filed with the Postal Service pursuant to the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671 et seq.

3.     I made a search and review of the records maintained in the Law Department of the United States Postal Service.

4.     My search failed to reveal that the Plaintiff Shahrzad Mushiri, or a duly authorized agent or legal representative, have, prior to filing her complaint, presented to the Postal Service a valid executed Standard Form 95 (Claim for Damage, Injury or Death) or other written notification of the incident accompanied by a claim for money damages in a sum certain for injury or other loss alleged to have occurred by reason of the incident

described in the complaint as required by the Federal Tort Claims Act, 28 U.S.C. § 14.2 and 39 C.F.R. § 912.5.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at Windsor, Connecticut this eighth day of March, 2005.

*Catherine W. Chapman*

CATHERINE A. CHAPMAN