# Memo




**To:**   United States District Court

District Of Massachusetts        **Case Number; 05CV30056-MAP**

**From:**   Shahrzad Moshiri- Plaintiff

**CC:**   Karen L. Goodwin –Assistant U.S. Attorney

**Date:**   March 30, 2005

**Re:**   Shahrzad Moshiri V. United States Post Office

---

I am writing to the appeal the Motion to Dismiss that was presented by Assistant U.S.S. Attorney, Karen L. Goodwin (dated March 16) with regard to my request for remedy for lost insured package by United States Post Office. This is my last hope since I have tried all avenues that were suggested by law before.

Contrary to what is indicated in Motion to Dismiss documents, I had tried to file an administrative claim through United States Postal Service International Claims as I indicated on my telephone conversation with Ms. Goodwin. I contacted International claims after I found out that my uncle had not received the package. I requested a copy of the delivery confirmation. **The address and the person whom they indicated they have delivered the package to did not match what I had put on the package.** The supervisor at International Claim called Germany and said, "They say they have delivered it to the lobby of the business." As is shown on the enclosed picture, the business is a general store/photo copy store with the name clearly indicated above the store. **The International claim refused to send a claim form.** I immediately contacted Amherst Post Office and they tried to follow up on it (Letter from Stephen B freeze the Post Office Clerk who investigated the case is enclosed.) Unfortunately, in spite of spending hours on the phone the post office was not able to convince the International Claim office to follow up on the lost package. Today (March 30, 2005) I received a claim form from Attorney Karen Goodwin. She was able to contact the legal department and secure a claim form.

In addition, according to Motion to Dismiss document, Jewelry is not covered by international mail. Attorney Goodwin was the first person I heard this from When I mailed the package (the package was open and I told the clerk what was in it (three custom tailored shirts and a bracelet) and we talked about how much insurance I needed to buy. **It was never mentioned that Jewelry was not a covered item.** This issue never came up in my follow up with Amherst Post Office. Apparently, they were not aware of it either.

Attorney Goodwin who has been very helpful in securing the claim form indicated that Global Express most likely is going to deny the claim on the basis that Jewelry is not a covered item. When I mailed my package at the Post Office I was putting my trust in the Post Office as a business and was not aware or notified that there was another subcontractor behind the business. This fact is not indicated anywhere in the post office. Please consider all these facts and determine what remedy is available to me as a citizen who has put her trust in the United States Post Office.

1

Enclosed are:

- Copy of the mailing slip with the correct address
- Copy of Stephen Freeze letter
- Copy of the picture of the address
- Copy of Delivery Confirmation
- Copy of Attorney Goodwin letter.

Thank you for taking time to review this claim.

Best

Shahrzad Moshiri

Page 1 of 1

Home



EXPRESS MAIL

UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B September 2002

Post Office To Addressee

**ORIGIN (POSTAL USE ONLY)**

ER 752661771 US

PO ZIP Code: 01002

Date In: Day 24 Month 04 Year 04

Time In: 12:25 ☐ AM ☒ PM

Weight: 4 lbs. oz.

☐ No Delivery ☐ Weekend ☐ Holiday

Flat Rate ☐ Envelope

Postage: $ 35.00

Return Receipt Fee

COD Fee

Insurance Fee: $ 5.00

Total Postage & Fees: $ 40.00

Acceptance Clerk Initials: MJ

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Mo. Day Time ☐ AM ☐ PM

Employee Signature

Delivery Attempt Mo. Day Time ☐ AM ☐ PM

Employee Signature

Delivery Date Mo. Day Time ☐ AM ☐ PM

Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or
Postal Service Acct. No.

NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested.

FROM: (PLEASE PRINT)
Shahrzad Moshiri
7 Swallow Farm Rd
Amherst, MA 01002

TO: (PLEASE PRINT)
Samshid Hossein (Sharr)
D-80807 Germany
Munchen / Avia Trade
GmbH Knorrstr. 45

PHONE ( 49.089 ) 357500

FOR PICKUP OR TRACKING CALL 1-800-222-1811

www.usps.com

PRESS HARD. You are making 3 copies.

**Notification Options**

► Track & Confirm by email    What is this?

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

FAQs

June 24, 2004 Int'l Express Mail to Germany
Within a few days, when the EM pc.
was not received by the addressee, Mrs.
Moshiri contacted the Inquiry line
& put a trace on the shipment. It
looks like the EMS fax was answered
by a fax from GLS Germany July 2
showing a delivery address of Knorr 45
And Signed by KALISHASAN, June 29, 2004
at 15:05 or 16:05.

Mrs. Moshiri came to see me
around Aug 10 after being told by
Int' EM Inquiries that the case was
closed since the shipment "had
been delivered" no matter if it was to
the wrong person. Mrs Moshiri told
she had filed a claim with the small
claims court. I told her I would offer
her any help I could.

From past experience & conversations
with Int'l Claims in NYC & other
USPS employees I knew the Postal
Service had had complaints against
GLS since they contracted with
them a few years past. And that
the Postal Service was working with
GLS to improve things.

On 8-10-04 after Mrs. Moshiri
left I went on line to GLS's site
& pulled up the sequence of events
for her Express pc.

A day later, using my
phone card, I phoned Munich's GLS
office early one morning contacting
them in the early afternoon.

I spoke with someone who spoke English very well & told her the story, I asked her if the Knorrstreet 45 on the EM label was the same street as their delivery address of Knoor 45 and she said yes — I asked her, since Knoor 45 was a cluster of many small shops, Arian Trade being just one of many could the delivery driver be asked to go back out maybe with a supervisor & verify the exact shop & maybe the person signing — I asked if she could put a request in for that — We spoke a few minutes more & I ended the call —

During these days, when I could get time to work on claims I spoke with a Miss Chin at Int'l Claims, NY, & she gave me the name of 2 people who acted a business liasons between the Postal Service & GLS operations in Great Britian & the European Continent — Bill Wilderson & Richard McGinnis — I phoned Mr. Wilderson & left a voice mail detailing the problem — on August 12, Mr. McGinnis returned my call — I told him of the situation & he asked me to fax what info I had & I did — I had asked him about any other avenues to persue —

I didn't hear from Mrs. Moshiri or anyone else for some time so I assumed all was taken care of —

Mrs. Moshiri came to see me

telling me Express had denied her
claim say jewelery cannot be covered
by Express mail insurance , something
the Postal Clerk hadn't looked up in
the IMM — A subsequent EMS was
gone undelivered ( jewelery + again another
clerk did not look up any info in the
IMM) this was not Mrs Mishri
shipment but another claim —
    When the small claims was moved
To federal (or about to) I received a
call from Cathy Chapman, in USPS legal —
I Told her what was going on +
what I knew I had done — She asked
me to fax her anything I had or,
send thru the mail which is what
I did —

    All of the information + statements
contain are to the best of my
knowledge + recollection as to
events + times —

                    Stephen B Phelps
                    Claims / Inquiry
                    US Postal Service
                    145 University Drive
                    Amherst MA 01002-9998






**UNITED STATES POSTAL SERVICE** ®

## INTERNATIONAL EMS INQUIRY CENTER
### TELEPHONE: (800) 222-1811
### FAX: (303) 574-9650

*Monday*    *Erika Attenstein*

2:

Date:       07/07/04

To:         SHAHRZAD MOSHIRI

From:       INTERNATIONAL EMS INQUIRY CENTER

Pages:      2

Label #:    ER752661771US                      *8 – 8:30*  *Registered*

To:         GERMANY

ENCLOSED PLEASE FIND A COPY OF DELIVERY SIGNATURE
THAT YOU REQUESTED.


Sincerely,



TERRY STREET
Customer Representative
**Enclosed _1_ proof of delivery.**

Übersicht Unterschriften

erstellt am: 05.07.2004 08:50:42 von: SCE

Depot: 8

97046138605

KNOOR 45
D 80807 Muenchen

Abliefername und Datum:
KALISHASAN
29.06.2004 16:08

97046138605

2/2

JUL 0 8 2004

RECEIVED

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®   **Post Office To Addressee**

Home

ER 752661771 US

## ORIGIN (POSTAL USE ONLY)

ZIP Code: 01002

Day of Delivery: □ Next □ Second

Flat Rate Envelope

Date In: Day 24 Year 04

□ 12 Noon □ 3 PM

Postage $ 35.00

Time In: 12 20

Military □ 2nd Day □ 3rd Day

Return Receipt Fee

□ AM ☒ PM

Int'l Alpha Country Code: DE

COD Fee $

Insurance Fee $ 5.00

Weight 3 lbs. 4 ozs.

Acceptance Clerk Initials: MW

Total Postage & Fees $ 4.00

## DELIVERY (POSTAL USE ONLY)

Delivery Attempt Mo. Day / Time □ AM □ PM / Employee Signature

Delivery Attempt Mo. Day / Time □ AM □ PM / Employee Signature

Delivery Date Mo. Day / Time □ AM □ PM / Employee Signature

## CUSTOMER USE ONLY

PAYMENT BY ACCOUNT — Express Mail Corporate Acct. No.

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested.

Federal Agency Acct. No. or Postal Service Acct. No.

□ NO DELIVERY □ Weekend □ Holiday

FROM: (PLEASE PRINT) PHONE ( 413 253-6313

Shahrzad Moshiri
7 Swallow Farm Rd
Amherst, MA 01002

TO: (PLEASE PRINT) PHONE ( 49 089 357 5008

Jamshidi Hossein (shoai)
D - 80807 Germany
Munichen, Aria Trade
GmbH Knorrster. 45

FOR PICKUP OR TRACKING CALL 1-800-222-1811

www.usps.com ≡EMS

PRESS HARD. You are making 3 copies.

■ ACCEPTANCE, June 24, 2004, 12:17 pm, AMHERST, MA 01002

Mail Room

### Notification Options

▸ Track & Confirm by email  What is this?  Go >

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Edni

1 -

1 - 800 - 275

Fax: 1 - 303 - 574 - 9650

Attention - Erika



**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

_____

Main Reception: (413) 785-0235
Facsimile:       (413) 785-0394

Federal Building and Courthouse
1550 Main Street, Room 310
Springfield, Massachusetts 01103

March 28, 2005

Ms. Shahrzad Moshiri
7 Swallow Farms Road
Amherst, MA 01002

    Re: <u>Civil Case No. 05CV30056</u>

Dear Ms. Moshiri:

    As you requested, I am enclosing a claim form for international mail. It is my understanding, however, that Global Express is likely to deny the claim on the basis that it properly delivered the package to German authorities as well as on the ground that jewelry is not a covered item.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: _____
                        KAREN L. GOODWIN
                        Assistant U.S. Attorney