# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

SHAHRZAD MOSHIRI,

    Plaintiff(s)

        v.                    CIVIL ACTION NO. 3:05-30056-MAP

UNITED STATES POST OFFICE,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant United States Post Office, against the plaintiff Shahrzad Moshiri, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                    SARAH A. THORNTON,
                                    CLERK OF COURT

Dated:  April 14, 2005                By  /s/ *Maurice G. Lindsay*
                                          Maurice G. Lindsay
                                          Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                                [jgm.]